IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RED RIVER FOODS, INC., | |
| Plaintiff, | 8:25CV195 |
| vs. | |
| MARATHON VENTURES, INC., | ORDER TO SHOW CAUSE |
| Defendant. | |

    This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

    A complaint was filed on March 17, 2024. (Filing No. 1). Plaintiff filed a return of service indicating Defendant Marathon Ventures, Inc. was served on April 11, 2025. (Filing No. 16). No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

    Accordingly,

    IT IS ORDERED that Plaintiff shall have until July 11, 2025 to show cause why the claims against Defendant Marathon Ventures, Inc. should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

    Dated this 20th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge